█ ROBERT BALL et al., Respondents, v U.S. ENERGY DEVELOPMENT CORPORATION, Appellant, et al., Defendant. [815 NYS2d 882]—Appeal from an order of the Supreme Court, Cattaraugus County (Larry M. Himelein, A.J.), entered May 18, 2005. The order granted plaintiffs' motion for a preliminary injunction against defendants.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Scudder, J.P., Gorski, Martoche, Green and Hayes, JJ.